June 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

UNITED NATIONAL INSURANCE COMPANY, Appellant

NO. 14-12-00941-CV                    V.

AMJ INVESTMENTS, LLC, Appellee

_____

This cause, an appeal from the judgment signed July 24, 2012 in favor of appellee AMJ Investments, LLC, was heard on the transcript of the record. We have inspected the record and find as follows:

- The trial court did not err in awarding appellee AMJ Investments, LLC compensatory damages and exemplary damages. We therefore **AFFIRM** that portion of the judgment.

- The trial court erred in awarding enhanced interest from March 16, 2009 through July 23, 2012 and instead should have awarded enhanced interest from February 6, 2010 through July 24, 2012. We therefore **MODIFY** the portion of the judgment awarding $178,734.00 in enhanced interest, reducing that award to $133,153.20, and we **AFFIRM** that portion of the judgment as modified.

- The trial court erred in awarding attorney's fees through the date of trial based on evidence that was insufficiently specific to support the amount awarded. We therefore order that portion of the judgment **REVERSED** and we **REMAND** the case for redetermination of AMJ Investments's reasonable and necessary attorney's fees through the date of trial, and for rendition of judgment consistent with the previous judgment as modified by this court and with this court's opinion.

We order appellant United National Insurance Company to pay all costs incurred in this appeal.

We further order this decision certified below for observance.